

Monday, April 20, 2015

No. 15–0454/AF. U.S. v. Martin C. Massey. CCA 38496. Appellant's motion to suspend the page limit contained in Rule 21A is granted.

Tuesday, April 21, 2015

No. 15–0178/MC. U.S. v. Marco A. Hernandez. CCA 201300313. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED BY NOT STAYING OR DISMISSING THE PROCEEDINGS IN LIGHT OF THE IMPROPER PANEL SELECTION BY THE CONVENING AUTHORITY.

No briefs will be filed under Rule 25.*

No. 15–0062/AR. U.S. v. Gregory J. Murray. CCA 20111120. On consideration of Appellant's motion to extend time to file a petition for reconsideration and the petition for reconsideration of the Court's decision, 74 M.J. 86 (Daily Journal, November 25, 2014), it is ordered that said motion is hereby denied, and said petition for reconsideration is hereby denied.

No. 15–0225/AR. U.S. v. Neftaly Platero. CCA 20120620. On consideration of Appellant's fifth motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to May 4, 2015, and no further extension of time will be granted to the Appellant to file the supplement in this case.

No. 14–6010/AF. United States, Appellant/Cross–Appellee v. Aaron M. Buford, Appellee/Cross–Appellant. CCA 2013–26. On consideration of Appellee/Cross–

---

\* Judge Ryan has recused herself in this case.